Brandy A. Sargent (045713)
Brandy.Sargent@klgates.com
Michael B. Lubic (*pro hac vice* pending)
michael.lubic@klgates.com
Robert B. McLellarn (*pro hac vice* pending)
Robert.McLellarn@klgates.com
K&L GATES LLP
One SW Columbia Street
Suite 1900
Portland, Oregon 97204
Telephone: +1 503 228 3200
Facsimile: +1 503 248 9085

Attorneys for KSV Kofman Inc.
Foreign Representative

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>Portland Winter Hawks, Inc.,<br><br>　　　　　　　　Debtor in a Foreign Proceeding. | Case No. 20-31519<br><br>Chapter 15<br><br>CORPORATE OWNERSHIP STATEMENT |

　　　　　KSV Kofman Inc. ("KSV" or the "Receiver"), the Court-appointed receiver for Portland Winter Hawks, Inc. ("PWH" or the "Debtor") in a proceeding under Canada's *Bankruptcy and Insolvency Act*, R.S.C. 1985, c.B-3, as amended, and *Courts of Justice Act*, R.S.O. 1990, c. C.43, as amended, pending before the Ontario Superior Court of Justice (Commercial List) at Toronto (the "Canadian Proceeding"), hereby files this Corporate Ownership Statement pursuant to Federal Bankruptcy Rules of Procedure 1007(a)(4)(A) and 7007.1 identifying any corporation that directly or indirectly owns 10% or more of the Debtor's equity interests:

1

The Debtor is wholly-owned by Avenir Sports Entertainment Corp., a Nevada corporation, and Avenir Sports Entertainment Corp. is wholly-owned by Avenir Sports Entertainment Ltd., an Alberta, Canada limited company. Avenir Sports Entertainment Ltd. is wholly-owned by Audible Capital Corp., an Alberta, Canada limited company, and Audible Capital Corp. is wholly-owned by William Gallacher.

Dated: May 7, 2020

K&L GATES LLP

By: /s/ Brandy A. Sargent
　　Brandy A. Sargent, Bar No. 045713
　　Brandy.Sargent@klgates.com
　　Michael B. Lubic
　　michael.lubic@klgates.com
　　Robert B. McLellarn
　　Robert.McLellarn@klgates.com

One SW Columbia Street
Suite 1900
Portland, Oregon  97204
Telephone:    +1 503 228 3200
Facsimile:     +1 503 248 9085

Attorneys for KSV Kofman Inc.
Foreign Representative of
Portland Winter Hawks, Inc.