Brandy A. Sargent (045713)
Brandy.Sargent@klgates.com
Michael B. Lubic (*pro hac vice* pending)
michael.lubic@klgates.com
Robert B. McLellarn (*pro hac vice* pending)
Robert.McLellarn@klgates.com
K&L GATES LLP
One SW Columbia Street
Suite 1900
Portland, Oregon  97204
Telephone: +1 503 228 3200
Facsimile: +1 503 248 9085


Attorneys for KSV Kofman Inc.
Foreign Representative

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>Portland Winter Hawks, Inc.,<br><br>                      Debtor in a Foreign Proceeding. | Case No.<br><br>Chapter 15<br><br>CHAPTER 15 LIST |

       KSV Kofman Inc. ("KSV" or the "Receiver"), the Court-appointed receiver for Portland Winter Hawks, Inc. ("PWH" or the "Debtor") in a proceeding under Canada's *Bankruptcy and Insolvency Act*, R.S.C. 1985, c.B-3, as amended, pending before the Ontario Supreme Court of Justice (Commercial List) at Toronto (the "Canadian Proceeding"), hereby files this list pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(4)(B):

**Persons or Bodies Authorized to Administer Foreign Proceedings of the Debtor**

       The Receiver is the foreign representative, as that term is defined in Section 101(24) of the Bankruptcy Code, because it has been authorized by court order in the Canadian Proceeding to act

1

as the foreign representative for the Debtor and to prosecute this chapter 15 case. *See* Order (appointing receiver) attached to chapter 15 Petition.

The Receiver believes that, other than the Canadian Proceeding and this chapter 15 case, there are no foreign proceedings pending with respect to the Debtor.

The Receiver, and its attorneys authorized to act on its behalf with respect to the Debtor, the Canadian Proceeding, and this chapter 15 case, are:

> KSV Kofman Inc.
> 150 King Street West
> Suite 2308, Box 42
> Toronto, Ontario, M5H 1J9
> Canada
> (*Receiver in the Canadian Proceeding*)
>
> Bennett Jones LLP
> 3400 One First Canadian Place
> P.O. Box 130
> Toronto, ON, M5X 1A4
> Canada
> (*Counsel for the Receiver in the Canadian Proceeding*)
>
> Sean Zweig
> Aiden Nelms
> 3400 One First Canadian Place
> P.O. Box 130
> Toronto, ON, M5X 1A4
> Canada
> (*Counsel for the Receiver in the Canadian Proceeding*)
>
> Brandy A. Sargent
> Michael B. Lubic
> Robert B. McLellarn
> K&L Gates LLP
> One SW Columbia St., Suite 1900
> Portland, OR 97204
> (*Counsel for the Receiver in this Chapter 15 Proceeding*)

**Parties to Litigation Pending in the United States in Which the Debtor is a Party**

The Receiver is not currently aware of any litigation pending in the United States in which the Debtor is a party.

**Entities Against Whom Provisional Relief is Being Sought Under 11 U.S.C. § 1519**

The Receiver seeks provisional relief on behalf of the Debtor to stay the execution or transfer of assets of the Debtor and the application of Section 362 of the Bankruptcy Code in the Debtor's chapter 15 case on a provisional basis, against all known creditors of the Debtor and other interested parties, including without limitation, the persons on the attached list.

Dated: May 7, 2020            K&L GATES LLP

By: /s/ Brandy A. Sargent
    Brandy A. Sargent, Bar No. 045713
    Brandy.Sargent@klgates.com
    Michael B. Lubic
    michael.lubic@klgates.com
    Robert B. McLellarn
    Robert.McLellarn@klgates.com

One SW Columbia Street
Suite 1900
Portland, Oregon 97204
Telephone: +1 503 228 3200
Facsimile: +1 503 248 9085

Attorneys for KSV Kofman Inc.
Foreign Representative

PROVISIONAL RELIEF SERVICE LIST

304940572 v1

**Lawyers for Bridging Finance Inc.**

CHAITONS LLP
5000 Yonge Street, 10th Floor
Toronto, ON M2N 7E9

Harvey Chaiton (LSO No. 21592F)
Tel: (416) 218-1129
Fax: (416) 218-1849
E-mail: harvey@chaitons.com

Sam Rappos (LSO No. 51399S)
Tel: (416) 218-1137
Fax: (416) 218-1837
E-mail: samr@chaitons.com


**Secured Creditors**

Bridging Finance Inc., as Agent
77 King Street West, Suite 2925
Toronto, ON M5K 1K7

Bank of Montreal/Banque de Montreal
350 7th Ave. S.W. 7th Floor
Calgary, AB T2P 3N9

Ford Credit Canada Leasing, a Division of Canadian Road Leasing Company
P.O. Box 2400
Edmonton, AB T5J 5C7


**Other Creditors**

Banner Bank
101 SW Main St.
Portland, OR 97204


**Governmental Entities**

Office of the United States Trustee
Stephen Arnot, Assistant U.S. Trustee
620 SW Main Street
Suite 213
Portland, OR 97205-3026

Oregon Department of Revenue
Attn: ODR Bkcy
955 Center NE #353
Salem OR 97301-2555

IRS
PO Box 7346
Philadelphia PA 19101-7346

**Franchisor**

Western Hockey League
1, 3030 Sunridge Way N.E.
Calgary, Alberta
TIY 7K4


**Lessor**

Rip City Management, LLC
Attn: Chris Oxley, Senior Vice President/General Manager, Rose Quarter Operations
One Center Court, Suite 200
Portland, OR 97227

Rip City Management, LLC
Attn: Benjamin R. Lauritsen, General Counsel
One Center Court, Suite 200
Portland, OR 97227

Rip City Management, LLC
Attn: National Registered Agents, Inc.
780 Commercial St. SE Suite 100
Salem, OR 97301


**Receiver**

KSV Kofman Inc.
150 King Street West
Suite 2308, Box 42
Toronto, Ontario, M5H 1J9
Canada


**Counsel to the Receiver in the Canadian Proceeding**

Bennett Jones LLP
3400 One First Canadian Place
P.O. Box 130
Toronto, ON, M5X 1A4
Canada

Sean Zweig
Aiden Nelms
3400 One First Canadian Place
P.O. Box 130
Toronto, ON, M5X 1A4
Canada


**Counsel to the Receiver in the Chapter 15 Proceeding**

Brandy A. Sargent
Michael B. Lubic
Robert B. McLellarn
K&L Gates LLP
One SW Columbia St., Suite 1900
Portland, OR 97204


**Counsel to the Debtors**

Mitch Williams
Burnet, Duckworth & Palmer LLP
2400, 525 - 8th Avenue S.W.
Calgary, AB T2P 1G1
Canada


**Debtors**

Audible Capital Corp.
Registered Office
2400, 525 - 8 Avenue S.W.
Calgary, AB T2P 1G1
Canada

Avenir Trading Corp.
Registered Office
2400, 525 - 8 Avenue S.W.
Calgary, AB T2P 1G1

Canada

1892244 Alberta Ltd.
Registered Office
2400, 525 - 8 Avenue S.W.
Calgary, AB T2P 1G1
Canada

Avenir Sports Entertainment Ltd.
Registered Office
Suite 120, 4838 Richard Road S.W.
Calgary, AB T3E6L1
Canada

Avenir Sports Entertainment Corp.
Douglas Piper, Registered Agent
C/o Portland Winter Hawks
300 N. Winning Way
Portland, OR 97227

Portland Winter Hawks, Inc.
C/o TT Administrative Services, LLC, Registered Agent
888 SW Fifth Ave., Suite 1600
Portland, OR 97204

Audible Capital Corp.
Avenir Trading Corp.
1892244 Alberta Ltd.
Avenir Sports Entertainment Ltd.
C/o William Gallacher, Director
300, 808 - 1 Street S.W.
Calgary, AB T2P1M9
Canada

Portland Winter Hawks, Inc.
C/o William Gallacher, Secretary
C/o Avenir Capital
300, 808 - 1 Street S.W.
Calgary, AB T2P1M9
Canada

Avenir Sports Entertainmetn Corp.
C/o William Gallacher, Secretary
300, 808 - 1 Street S.W.
Calgary, AB T2P1M9
Canada

**William Gallacher**

William Gallacher
300, 808 - 1 Street S.W.
Calgary, AB T2P1M9
Canada

304965288.1