| | | |
|---|---|---|
| 05/07/2020 | **THURSDAY** | **Judge Peter C McKittrick** |
| 4:30 PM 20-31519 pcm 15 bk | Portland Winter Hawks, Inc. | |

1. **Ex Parte Motion to Expedite Hearing Filed by Debtor Portland Winter Hawks, Inc.** [8] **Re:** [ **Motion for Joint Administration of Case(s): 20-31521, 20-31523, 20-31524, 20-31525, 20-31526 with Lead Case 20-31519 Filed by Debtor Portland Winter Hawks (SARGENT, BRANDY)** [5]

2. **Ex Parte Motion for Provisional Relief Pursuant to Sections 105(a) and 1519 of the Bankruptcy Code Filed by Debtor Portland Winter Hawks, Inc. (SARGENT, BRANDY)** [9]

3. **Motion of Receiver for Entry of an Order (i) Specifying form and Manner of Service, (ii) Scheduling Hearing and (iii) for Related Relief Filed by Debtor Portland Winter Hawks, Inc. (SARGENT, BRANDY) filed by Debtor Portland Winter Hawks, Inc.** [7]

Portland Winter Hawks, Inc. - db    BRANDY SARGENT

See attached list

Harvey Chaiton - Bridging Finance
Noah Goldstein - KSV
Michael Lubic - K&L Gates
Murtaza Tallat - KSV
John Rothermich - K&L Gates
Sean Zweig - Receiver

Evidentiary Hearing:    Yes: ☐    No: ☒

1. Granted. Ms. Sargent to run form of order past UST then submit.

2. Granted with changes requested by the court as noted on the record

3. Granted. hearing on Recognition to be held June 9, 10:30 am by telephone only due to COVID-19.

Objections to Petition for Recognition will be due May 21, 2020.

Order to be prepared by: ☐ Clerk's Office  ☐ Chambers  ☐ _____

DOCKET ENTRY:

Run Date:    05/07/20

Case 20-31519-pcm15    Doc 21    Filed 05/07/20